# United States Bankruptcy Court
Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

---

IN RE:                                                                                                    CASE NO: 1−15−44706−cec
   Yosi Shemtov

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:          CHAPTER: 11
   xxx−xx−0416
                    DEBTOR(s)

---

## NOTICE OF DEFICIENT FILING – CHAPTER 11

**NOTICE IS HEREBY GIVEN THAT:**

The bankruptcy petition filed by the above−referenced debtor(s) on October 15, 2015 did not include the following item(s):

**DOCUMENTS DUE AT TIME OF FILING OF BANKRUPTCY PETITION**

- ☐ Voluntary Petition (Official Form 1) (Signed)(Original)
- ☐ List of Creditors (Certified by Attorney or Debtor, if Pro−Se) Typed (Name and Address **ONLY**)
- ☐ Creditor Matrix Pursuant to Local Bankruptcy Rule 1007−3
- ☐ Exhibit D (Individual Debtor's Statement of Compliance with Credit Counseling)
- ☐ Statement of Social Security Number (Official Form 21)
- ☐ Certificate of Credit Counseling *or* Motion requesting waiver (Individual Only)
- ☐ Notice to Individual Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code and Certification of Notice to Individual Consumer Debtor(s) (Official Form B201A and 201B)
- ☐ Statement Pursuant to Local Bankruptcy Rule 1073−2(b)
- ☐ Declaration and Signature of Non−Attorney Bankruptcy Petition Preparer (Official Form 19)
- ☐ Disclosure of Compensation of Bankruptcy Petition Preparer (Official Form B280)
- ☐ Partnership Statement Pursuant to Local Bankruptcy Rule 1074−1(b) (Partnership Only)
- ☐ Affidavit Pursuant to Local Bankruptcy Rule 1007−4
- ☐ Corporate Resolution Pursuant to Local Bankruptcy Rule 1074−1(a) (Corporation Only)
- ☐ Corporate Ownership Statement Pursuant to Federal Bankruptcy Rule 1007(a)(1) (Corporation Only)
- ☐ Corporate Disclosure Statement Pursuant to Federal Bankruptcy Rule 1073−3
- ☐ List of the 20 Largest Unsecured Creditors (Signed by Debtor)

**DOCUMENTS DUE WITHIN FOURTEEN DAYS OF FILING OF BANKRUPTCY PETITION OR BY 341 MEETING DATE**

- ☐ Certificate of Credit Counseling (Exhibit D Box 2 Checked)(Due Within 14 Days)
- ☐ Disclosure of Compensation Pursuant to Federal Bankruptcy Rule 2016(b) (Due Within 14 Days))

**[Continued on other side of page]**

**DOCUMENTS DUE WITHIN FOURTEEN DAYS OF FILING OF BANKRUPTCY PETITION OR BY 341 MEETING DATE**

- ☐ Summary of Schedules(Official Form B6)(Due Within 14 Days)
- ☐ Statistical Summary of Certain Liabilities (Official Form B6) (Individual Debtor) (Due Within 14 Days)
- ☐ Schedule A (Real Property) (Official Form B6A) (Due Within 14 Days)
- ☑ Schedule B (Personal Property) (Official Form B6B) (Due Within 14 Days)
- ☑ Schedule C (Property Claimed as Exempt by Individual Debtor) (Official Form B6C) (Due Within 14 Days)
- ☐ Schedule D (Creditors Holding Secured Claims) (Official Form B6D) (Due Within 14 Days)
- ☑ Schedule E (Creditors Holding Unsecured Priority Claims) (Official Form B6E) (Due Within 14 Days)
- ☑ Schedule F (Creditors Holding Unsecured Nonpriority Claims) (Official Form B6F) (Due Within 14 Days)
- ☑ Schedule G (Executory Contracts and Unexpired Leases) (Official Form B6G) (Due Within 14 Days)
- ☑ Schedule H (Co–debtors) (Official Form B6H) (Due Within 14 Days)
- ☑ Schedule I (Your Income) (Individual) (Official Form B6I) (Due Within 14 Days)
- ☑ Schedule J (Your Expenses) (Individual) (Official Form B6J) (Due Within 14 Days)
- ☑ Declaration Concerning Debtor(s) Schedules (Individual) (Official Form 6) (Due Within 14 Days)
- ☐ Declaration on Behalf of a Corporation or Partnership (Corporation or Partnership Only) (Official Form 2) (Due Within 14 Days)
- ☐ List of Equity Security Holders and Addresses (Corporation Only) (Due Within 14 Days)
- ☑ Statement of Financial Affairs (Official Form 7) (Due Within 14 Days)
- ☑ Statement of Current Monthly Income (Official Form B22B) (Individual Only) (Due Within 14 Days)
- ☑ Copies of Pay Statements received within 60 days of filing from any employer or a statement indicating this requirement is not applicable (Show only last four digits of Social Security Number) (Due Within 14 Days)
- ☐ Most recent balance sheet, statement of operations, cash–flow statement, and Federal income tax return, or a statement that none of the foregoing have been prepared or filed (Small Business Only) (Due Within 7 Days)

# YOUR CASE MAY BE DISMISSED IF

# YOU DO NOT MAKE THE REQUIRED FILINGS ON A TIMELY BASIS

**FURTHER NOTICE IS GIVEN THAT the Court may schedule a hearing to determine whether this bankruptcy case should be dismissed** if the items due at the time of filing of this bankruptcy petition are not filed with the Court within three days of this notice.

**FURTHER NOTICE IS GIVEN THAT the Court may schedule a hearing to determine whether this bankruptcy case should be dismissed** if the items due within 14 days of the filing of this bankruptcy petition, or at the time of the 341 meeting, are not timely filed with the Court.

**[Continued on other side of page]**

**FURTHER NOTICE IS GIVEN THAT Certificate of Completion of Instructional Course Concerning Financial Management (Official Form 23)**, if applicable. Required if the debtor is an individual and § 1141(d)(3) applies, unless the course provider has notified the court that the debtor has completed the course. Must be filed no later than the date of the last payment under the plan or the filing of a motion for a discharge under § 1141(d)(5)(B). 11 U.S.C. § 1141(d)(3) and Fed.R.Bankr.P. 1007(b)(7), (c). If the Certificate of Completion is **not filed within the allotted time, a discharge will not be issued and the case will be closed.**

**FURTHER NOTICE IS GIVEN THAT** if this bankruptcy case is dismissed for failure to make the required filings, or for any other reason, then the debtor may not receive the benefit of the automatic stay in a subsequent bankruptcy case filed for a period of up to one year. *See 11 U.S.C. §§ 362(c)(3) and (c)(4).*

**FURTHER NOTICE IS GIVEN THAT** the debtor must serve copies of the Chapter 11 petition on the United States Trustee, Internal Revenue Service and Securities and Exchange Commission (see addresses below).

**BROOKLYN CASES**

Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, New York 10014

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101–7346

Securities & Exchange Commission
Northeast Regional Office
Woolworth Building
233 Broadway
New York, New York 10279

**CENTRAL ISLIP CASES**

Office of the United States Trustee
Long Island Federal Courthouse
560 Federal Plaza
Central Islip, New York 11722

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101–7346

Securities & Exchange Commission
Northeast Regional Office
Woolworth Building
233 Broadway
New York, New York 10279

Dated: October 15, 2015

For the Court, Robert A. Gavin, Jr., Clerk of Court